# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**WANDA KING**                                                                                           **PLAINTIFF**

**V.**                           **CASE NO. 3:13CV00093-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                        **DEFENDANT**

## JUDGMENT

Plaintiff Wanda King's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 27th day of May, 2014.

_____
UNITED STATES MAGISTRATE JUDGE